# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128980

UNITED STATES STEEL CORP,
      Petitioner-Appellant,

v

CITY OF ECORSE and COUNTY OF
WAYNE,
      Respondents-Appellees.

_____/

SC: 128980
COA: 260705
MTT: 00-311190

On order of the Court, the application for leave to appeal the March 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219